**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 16, 2021

**BY ECF**

The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:  **United States v. Donald Williams**
     **20 Cr. 489 (JMF)**

Honorable Judge Furman:

  The defense respectfully submits this letter pursuant to the Court's Order, dated February 8, 2021 regarding the status conference in the above-captioned case currently scheduled for February 22, 2021. Doc. 22. The defense and the Government have conferred and jointly respectfully request that the conference be adjourned for approximately 45 days to allow the parties to continue discussing a possible pretrial resolution of this matter. The parties are unavailable: Tuesday, March 23, 2021, 9a to 12p; Thursday, March 25, 2021, 10a to 1p; Friday, March 26, 12p; Tuesday, March 30, 2021; Thursday, April 8, 2021.

  The Government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning pretrial dispositions of this matter. See 18 U.S.C. § 3161(h)(7)(A).

  Thank you for your consideration of this request.

Application GRANTED. The conference is hereby ADJOURNED to April 5, 2021, at 3:00 pm. Time is hereby excluded in the interest of justice from today until April 5, 2021, for the reasons set forth in defense counsel's letter. The Clerk of Court is directed to terminate Doc. #23. SO ORDERED.

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox

February 16, 2021

2

                                                        Assistant Federal Defender
                                                       (212) 417-8721


cc:     Sarah Kushner, Assistant U.S. Attorney