UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                            :

UNITED STATES OF AMERICA               :

                            :           20-CR-489 (JMF)

     -v-                           :

                            :

DONALD WILLIAMS,                  :              ORDER

                            :

             Defendant.       :

                            :

-------------------------------------------------------------------X

For the reasons set forth on the record at the April 9, 2025, hearing in this matter, it is hereby ORDERED that the defendant, DONALD WILLIAMS, enter INPATIENT SUBSTANCE ABUSE TREATMENT at CORNERSTONE OF MEDICAL ARTS CENTER HOSPITAL.

IT IS FURTHER ORDERED that the defendant shall continue to participate in INPATIENT SUBSTANCE ABUSE TREATMENT for approximately (28) days or to be determined in collaboration with the Probation Office and Cornerstone of Medical Arts Center Hospital.

Dated: April 10, 2025
      New York, New York                                     JESSE M. FURMAN
                                              United States District Judge