```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
        -v-                                                       :   20-CR-489 (JMF)
                                                                  :
DONALD WILLIAMS,                                                  :      REVISED
                                                                  :   SCHEDULING ORDER
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

IT IS HEREBY ORDERED that the conference previously scheduled for July 22, 2025, is RESCHEDULED for **July 21, 2025**, at **11:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: June 30, 2025
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge