**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

June 30, 2025

**BY ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The conference is hereby ADJOURNED to July 31, 2025, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #59.

SO ORDERED.

July 1, 2025

**Re:  United States v. Donald Williams**
       **20 Cr. 489 (JMF)**

Dear Judge Furman:

    I write with the government's consent to respectfully request an adjournment of the status conference in the above-captioned case, currently scheduled for July 21, 2025 at 11:30 a.m.

    In the time since the Court granted Mr. Williams' June 23, 2025 adjournment request, Judge Rakoff scheduled defense counsel for a trial set to begin on July 21, 2025. Accordingly, defense counsel will be unavailable for Mr. Williams' status conference that week. The parties have conferred and are currently available for a status conference the following dates/times: any time Thursday, July 31; Monday, August 4 after 12:00 p.m.; Wednesday, August 6 after 12:00 p.m.; any time Thursday, August 7; Friday, August 8 after 11:00 a.m.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Donald Williams*

cc:    Sarah Kushner, Assistant U.S. Attorney