

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

August 4, 2025

**BY ECF**
The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. A conference is scheduled for August 18, 2025, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #67.

SO ORDERED.

August 4, 2025

Re:   *United States v. Donald Williams*, 20 Cr. 489 (JMF)

Dear Judge Furman:

  The Government writes to respectfully request that the Court hold a conference this week to address another alleged violation of the defendant's supervised release. As background, on April 9, 2025, the Court held an initial violation of supervised release proceeding, based on eight violations set forth in a report from the U.S. Probation Office for the Southern District of New York, dated March 20, 2025 (the "March 20 VOSR Report"). At the end of that proceeding, the defendant was released on bail, with the condition that he undergo inpatient treatment. (Dkt. No. 61.) A second proceeding was initially scheduled for last week, but, at the parties' request, was adjourned to September 10, 2025. (Dkt. Nos. 65-66.) Today, however, the Government learned from the defendant's U.S. Probation Officer in the Eastern District of New York that the defendant was likely involved in an attempted robbery and non-fatal shooting this past weekend, during which the defendant possessed and discharged a gun. Given that allegation, and the charges set forth in the March 20 VOSR Report, particularly those relating to drug trafficking, the Government respectfully requests that the Court schedule a conference for this week. The defendant's Probation Officer agrees with this request and intends to submit a supplemental report to the Court in advance of a conference. The parties and Probation are available this Wednesday at or after 3:00 p.m., Thursday before 1:00 p.m., or on Friday; the parties are also available next Monday and Tuesday.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney

         by: /s/_____
            Sarah L. Kushner
            Assistant United States Attorney
            (212) 637-2676