UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :   20-CR-489 (JMF)
                                                                        :
DONALD WILLIAMS,                                                        :   ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

    Due to the current status of this case, the conference previously scheduled for September 10, 2025, is hereby adjourned *sine die*.

    SO ORDERED.

Dated: September 4, 2025
       New York, New York

                                                  JESSE M. FURMAN
                                       United States District Judge